No. 69290.—J. C. Penny Purchasing Corp. et al. *v.* United States, protests 64/378, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.